STATE OF MISSISSIPPI

IN THE COUNTY COURT OF HARRISON COUNTY

I, GAYLE PARKER, Clerk of the County Court of Harrison County, Mississippi, do

hereby certify that the above and foregoing constitutes a true and correct copy of the

entire file

CATHERINE DRUBE                                              PLAINTIFF

VS                                                     NO. D2401-13-1618

WALMART STORES, INC                                         DEFENDANT

as the same now appears.


  AND I FURTHER CERTIFY that said County Court is a Court of Record with an

official seal, and that I, as Clerk of said County Court, am the custodian of the records

and seal of this said court, at the CITY OF GULFPORT on this  4 day of  February in the

year of our Lord, two thousand fourteen.



                        GAYLE PARKER
                        Clerk of County Court of Harrison County,
                        Mississippi



                   By: _____ D.C.



                                              EXHIBIT "A"

**IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI**
**FIRST JUDICIAL DISTRICT**

CATHERINE DRUBE                                               **PLAINTIFF**

VERSUS                                       CAUSE NO. D2401-13-1618

WALMART STORES, INC.                                         **DEFENDANT**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:   **Walmart Supercenter**
      **c/o C.T. CORPORATION SYSTEM**
      **645 Lakewood East Drive**
      **Flowood, MS   39532**

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the
Complaint to JIM DAVIS, the attorney for the Plaintiff, whose post office address is POST
OFFICE BOX 1839, GULFPORT, MS 39502, and whose street address is 1904 24th
AVENUE, GULFPORT, MS 39501. Your response must be mailed or delivered within thirty
(30) days from the date of delivery of this summons and complaint or a judgement by
default will be entered against you for the money or other things demanded in the
complaint.

You must also file the original of your response with the Clerk of this Court within
a reasonable time afterward.

Issued under my hand and the seal of said Court, this 19th day of November 2013.

GAYLE PARKER, County Court Clerk

_Jillean McCann_ D.C.

Gayle Parker, Circuit Clerk
Harrison County
PO Box 998
Gulfport, MS   39502

JIM DAVIS
MSB #5830
1904 24th Avenue
Post Office Box 1839
Gulfport, MS 39502
Phone:   228-864-1588
Fax:   228-863-5008

## IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST JUDICIAL DISTRICT

CATHERINE DRUBE                                                    **PLAINTIFF**

VERSUS                                             CAUSE NO.: D2401 - 13 -1618

WALMART STORES, INC.                                              **DEFENDANT**

### COMPLAINT

COMES NOW, CATHERINE DRUBE, by and through his attorney, JIM DAVIS, and files this her COMPLAINT against WALMART STORES, INC., and states her claim for relief as the following, to-wit:

1.        CATHERINE DRUBE is an adult resident citizen of the First Judicial District of Harrison County, Mississippi and names as her Defendant, Walmart, which can be served with process through its registered agent, C.T. Corporation System, who's address is 645 Lakewood East Drive, Flowood, Mississippi 39232 and service on the manager of Walmart Supercenter located at 9350 Highway 49, Gulfport, Mississippi 39503.

2.        On or about August 07, 2011, CATHERINE DRUBE was in the Walmart Supercenter located at 9350 Highway 49, Gulfport, Mississippi 39503 standing at the deli counter purchasing an order. She turned around to put the items in her buggy, she tripped on a small table in front of the deli counter and fell. She hit the buggy with her left arm and ribs sustaining bruising and pain in her sternum.

3.        That the Defendant's own negligence created the dangerously located table that caused the Plaintiff's injury. The Defendant had actual or constructive knowledge of the dangerous condition. The Defendant would have known of the condition if they would have exercised reasonable care.

4.        The Defendant should have had the area posted for dangerous conditions or posted warnings for customers to travel with caution or to watch their step, or alternatively not have placed the table in a dangerous place or condition.

FILED
NOV 19 2013

GAYLE FILE
CIRCUIT CLERK
BY: _____ D.C

5.    As a result of the Defendant's negligence, the Plaintiff has suffered damages and injury to her person. This includes loss of employment, permanent disability, loss of past, present and future wages and medical bills, at the time of the filing of this complaint, clearly within the Court's jurisdiction.

WHEREFORE, your Plaintiff requests this her COMPLAINT be filed and, upon hearing, she receive damages from the Defendants in an amount determined by the Court, including but not limited to, her past, present and future loss of wages, medical bills, pain and suffering, any permanent disability caused to her person, and all other relief necessary and proper in the premises. Your Plaintiff further requests that she be granted punitive damages for the gross negligence of the Defendant in not having some type of warning sign posted, and for all other relief necessary and proper in the premises.

RESPECTFULLY SUBMITTED, this the _19TH_ day of November, 2013.

CATHERINE DRUBE, Plaintiff

BY:    _____
JIM DAVIS
Attorney for Plaintiff

JIM DAVIS
MSB# 5830
1904 24TH Avenue
Post Office Box 1839
Gulfport, MS 39502
Phone:   228-864-1588
Fax:      228-863-5008

| **COVER SHEET**<br>**Civil Case Filing Form**<br>*(To be completed by Attorney/Party*<br>*Prior to Filing of Pleading)* | Court Identification<br>Docket Number | Case Year | Docket Number |
|---|---|---|---|

Court Identification Docket Number: 2 4 | C O
County # | Judicial Court ID<br>District (CH, CI, CO)

Case Year: 2 0 1 3

Docket Number: 0 1 6 1 8
Local Docket ID

| | 1 1 | 1 9 | 1 3 |
|---|---|---|---|
| | Month | Date | Year |

This area to be completed by clerk

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01
(Revised 1/1/2001)

Case Number if filed prior to 1/1/94

IN THE __COUNTY__ COURT OF __HARRISON__ COUNTY

Short Style of Case: Drube v. Walmart Stores, Inc.

Party Filing Initial Pleading: Type/Print Name  Jim Davis                              MS Bar No. 5830

____ Check (✓) if Not an Attorney    ____ Check (✓) if *Pro Hac Vice*    Signature *Jim Davis*

Compensatory Damages Sought: $ _____    Punitive Damages Sought: $ _____

***Is Child Support contemplated as an issue in this suit?*** ____ Yes ✓ No    If "yes" is checked, please submit a completed Child Support<br>Information Sheet with Final Decree/Judgment

**PLAINTIFF - PARTY(IES) INITIALLY BRINGING SUIT SHOULD BE ENTERED FIRST (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL PLAINTIFFS ON SEPARATE FORM**

Individual __Drube__ __Catherine__ (_____) __M__
        Last Name         First Name         Maiden Name, if Applicable    Middle Init.    Jr/Sr/II/IV

Address of Plaintiff 20061 Tournament Drive, Gulfport, MS  39503

____ Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____ Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A: _____

**DEFENDANT - NAME OF DEFENDANT (FIRST NAME IN SHORT STYLE) - ENTER ADDITIONAL DEFENDANTS ON SEPARATE FORM**

Individual _____ _____ (_____) _____
        Last Name         First Name         Maiden Name, if Applicable    Middle Init.    Jr/Sr/II/IV

____ Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of _____

____ Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency _____

Business  Walmart Stores, Inc., c/o CT Corporation, 645 Lakewood East Drive, Flowood, MS  39232
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

____ Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:
D/B/A: _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar No. ____ or ____ Name: _____ *Pro Hac Vice* (✓)
(If known)

---

*In left hand column, check one (1) box that best describes the nature of this suit. In right hand column check all boxes which indicate secondary claims.*

**Business/Commercial**
- ☐☐ Accounting (Business)
- ☐☐ Bankruptcy
- ☐☐ Business Dissolution - Corporation
- ☐☐ Business Dissolution - Partnership
- ☐☐ Debt Collection
- ☐☐ Employment
- ☐☐ Examination of Debtor
- ☐☐ Execution
- ☐☐ Foreign Judgment
- ☐☐ Garnishment
- ☐☐ Pension
- ☐☐ Receivership
- ☐☐ Replevin
- ☐☐ Stockholder Suit
- ☐☐ Other

**Domestic Relations**
- ☐☐ Child Custody/Visitation
- ☐☐ Child Support
- ☐☐ Contempt
- ☐☐ Divorce: Fault
- ☐☐ Divorce: Irreconcilable Differences
- ☐☐ Domestic Abuse
- ☐☐ Emancipation
- ☐☐ Modification
- ☐☐ Paternity
- ☐☐ Property Division
- ☐☐ Separate Maintenance
- ☐☐ Termination of Parental Rights
- ☐☐ UIFSA (formerly URESA)
- ☐☐ Other

**Contract**
- ☐☐ Breach of Contract
- ☐☐ Installment Contract
- ☐☐ Insurance
- ☐☐ Product Liability under Contract
- ☐☐ Specific Performance
- ☐☐ Other

**Probate**
- ☐☐ Accounting (Probate)
- ☐☐ Birth Certificate Correction
- ☐☐ Commitment
- ☐☐ Conservatorship
- ☐☐ Guardianship
- ☐☐ Heirship
- ☐☐ Intestate Estate
- ☐☐ Minor's Settlement
- ☐☐ Muniment of Title
- ☐☐ Name Change
- ☐☐ Power of Attorney
- ☐☐ Testate Estate
- ☐☐ Will Contest
- ☐☐ Other

**Statutes/Rules**
- ☐☐ Bond Validation
- ☐☐ Civil Forfeiture
- ☐☐ Declaratory Judgment
- ☐☐ ERISA
- ☐☐ Eminent Domain
- ☐☐ Extraordinary Writ
- ☐☐ Federal Statutes
- ☐☐ Injunction or Restraining Order
- ☐☐ Municipal Annexation
- ☐☐ Racketeering (RICO)
- ☐☐ Railroad
- ☐☐ Seaman
- ☐☐ Other

**Appeals**
- ☐☐ Administrative Agency
- ☐☐ County Court
- ☐☐ Hardship Petition (Driver License)
- ☐☐ Justice Court
- ☐☐ MS Employment Security Comm'n
- ☐☐ Municipal Court
- ☐☐ Oil & Gas Board
- ☐☐ Workers' Compensation
- ☐☐ Other

**Children and Minors - Non-Domestic**
- ☐☐ Adoption - Noncontested
- ☐☐ Consent to Abortion for Minor
- ☐☐ Removal of Minority
- ☐☐ Other

**Torts-Personal Injury**
- ☐☐ Bad Faith
- ☐☐ Fraud
- ☐☐ Loss of Consortium
- ☐☐ Malpractice - Legal
- ☐☐ Malpractice - Medical
- ☐✓ Negligence - General
- ☐☐ Negligence - Motor Vehicle
- ☐☐ Products Liability
- ☐☐ Wrongful Death
- ☐☐ Other

**Mass Tort**
- ☐☐ Asbestos
- ☐☐ Chemical Spill
- ☐☐ Dioxin
- ☐☐ Hand/Arm Vibration
- ☐☐ Hearing Loss
- ☐☐ Radioactive Materials
- ☐☐ Other

**Real Property**
- ☐☐ Adverse Possession
- ☐☐ Ejectment
- ☐☐ Eminent Domain
- ☐☐ Judicial Foreclosure
- ☐☐ Lien Assertion
- ☐☐ Partition
- ☐☐ Receiver Appointment
- ☐☐ Tax Sale: Confirmation/Cancellation
- ☐☐ Title, Boundary &/or Easement
- ☐☐ Other

**Civil Rights**
- ☐☐ Elections
- ☐☐ Habeas Corpus
- ☐☐ Post Conviction Relief
- ☐☐ Prisoner
- ☐☐ Other

**IN THE COUNTY COURT OF HARRISON COUNTY, MISSISSIPPI**

CATHERINE DRUBE,                              *
                                             *
    Plaintiff,                           *
                                             *
vs.                                          *       CASE NO. D2401-13-1618
                                             *
WALMART STORES, INC.                         *
                                             *
    Defendant.                           *

<u>**NOTICE OF REMOVAL**</u>

    TO:    Gayle Parker, Clerk
               County Court of Harrison County, Mississippi
               Post Office Box 998
               Gulfport, MS  39502

        There is hereby filed with you a copy of the Notice of Removal filed by Defendant WAL-MART STORES EAST, LP ("Wal-Mart"), incorrectly identified a "Wal-Mart Stores, Inc.," through undersigned counsel, in the case styled "*Catherine Drube vs. Wal-Mart Stores, Inc.,*" *Case* Number D2401-13-1618 and designed to remove that action to the United States District Court for the Southern District of Mississippi, Southern Division.  This Notice of Removal was sent for filing in the United States District Court for the Southern District of Mississippi, Southern Division, on the February 24, 2014.

        Written notice of the filing of said Notice of Removal was given to the attorneys of record for plaintiff herein by service via U.S. mail on the 24th day of February, 2014, and you are hereby notified that the filing of a copy of the aforesaid Notice with you as Clerk of the County Court of Harrison County, Mississippi, effects removal of said cause to the United States District Court for the Southern District of Mississippi, Southern Division.

        DATED this February 24, 2014.

1

_____/s/ W. Pemble DeLashmet_____
W. PEMBLE DELASHMET MS 8840
wpd@delmar-law.com
CHAD C. MARCHAND MS 102752
ccm@delmar-law.com
ASHLEY POWELL GRIFFIN MS 104044
apg@delmar-law.com
Attorneys for Wal-Mart Stores East, L.P.
(incorrectly identified as Wal-Mart Stores, Inc.)

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:     (251) 433-1577
Facsimile:      (251) 433-1578

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of February, 2014, electronically filed the forgoing document with the Clerk of the Court using the ECF System which sent notification of such filing to Jim Davis, Esquire, attorney for Plaintiff.

_____/s/ W. Pemble DeLashmet_____
OF COUNSEL